1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARIO SANCHEZ,                          Case No.  2:24-cv-2737-JDP (P)

12              Plaintiff,

13        v.                                 ORDER

14   JOHNSON, *et al.*,

15              Defendants.

16

17        Plaintiff has filed a motion for extension of time to file an amended complaint.  Good

18   cause appearing, IT IS HEREBY ORDERED that:

19        1.  Plaintiff's motion for an extension of time, ECF No. 9, is granted; and

20        2.  Plaintiff is granted thirty days from the date of this order in which to file an amended

21   complaint.

22   IT IS SO ORDERED.

23

24   Dated:    December 12, 2024

     _____

25   JEREMY D. PETERSON
     UNITED STATES MAGISTRATE JUDGE

26

27

28

                                           1